IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LINDA THIGPEN, Revenue Officer,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>ROBERT FLANIGAN,<br><br>　　　　　Respondent. | NO. C-05-0982-SC<br><br><br><br><br>**ORDER ENFORCING SUMMONS** |

　　　This case having come on for hearing on July 8, 2005, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

　　　**ORDERED** that respondent, Robert Flanigan, shall appear before Revenue Officer Linda Thigpen, or any other designated agent, on July 29, 2005, at the Offices of the Internal Revenue Service located at 1301 Clay Street, Ste. 1040S, Oakland, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copy of which is attached hereto as **Exhibits A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

　　　**ORDERED** this __8__ day of __July__, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE